IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDWIN SALTER, #1483156,   ) | |
|     Plaintiff,   ) | |
| v.   ) | No. 3:08-CV-125-O |
| ) | ECF |
| DALLAS SHERIFF'S DEPT., ET AL.,   ) | |
|     Defendants.   ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED** on this 26th day of September, 2008.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**